# Court of Appeals
# of the State of Georgia

ATLANTA, August 19, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0028. JONATHAN W. HATCHER v. ASHLEY M. BOSWELL.

In this action to modify child support and custody, the trial court entered a final order on January 6, 2025. Defendant Jonathan Hatcher filed a direct appeal to this Court, which we dismissed. See Case No. A25A1170 (July 31, 2025). Hatcher then filed a discretionary application on August 4, 2025. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). While Hatcher contends that he filed his application within 30 days of our dismissal of his direct appeal, Hatcher had to file the application within 30 days of the trial court's order. The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Hatcher filed his application more than six months after entry of the order he seeks to appeal. Accordingly, this untimely application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/19/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*